UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN STARR, | No. 2:13-cv-0006 KJM AC P |
| Petitioner, | |
| v. | ORDER |
| STATE OF CALIFORNIA, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of this court's May 31, 2013 denial of his application for a writ of habeas corpus. Before petitioner can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The court must either issue a certificate of appealability indicating which issues satisfy the required showing or must state the reasons why such a certificate should not issue. Fed. R. App. P. 22(b).

/////

/////

/////

/////

1

1       For the reasons set forth in the magistrate judge's findings and recommendations filed on
2 February 27, 2013, and adopted by this court on May 31, 2013, petitioner has not made a
3 substantial showing of the denial of a constitutional right.  Accordingly, a certificate of
4 appealability should not issue in this action.

5       IT IS SO ORDERED.

6 DATED: September 12, 2013.

                                    UNITED STATES DISTRICT JUDGE